THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00170-MR-DSC

| | |
|---|---|
| APRIL LEDFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| WILLIAM LEDFORD, JASON ) | |
| LEDFORD, DAMIN LEDFORD, ) | |
| and JARIN LEDFORD, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendants' Motion to Set Aside Entry of Default. [Doc. 12]. The Plaintiff has not responded to the Defendants' Motion.

For the reasons stated in the Defendants' Motion, and for good cause shown,

**IT IS, THEREFORE, ORDERED** that Defendants' Motion to Set Aside Entry of Default [Doc. 12] is **GRANTED**, and the Clerk's Entry of Default [Doc. 8] is hereby **SET ASIDE**.

**IT IS SO ORDERED.**

Signed: March 16, 2021

Martin Reidinger
Chief United States District Judge