# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| April Ledford**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:20-cv-00170-MR-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| William Ledford, et al | ) | |
| | ) | |
| Defendant(s). | | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 20, 2021 Order.

July 20, 2021

Frank G. Johns, Clerk
United States District Court